MABEL F. ISQUITH, Respondent, v. JOHN H. ISQUITH, Appellant.— Motion to withdraw appeal granted, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of AUGUST M. BROBERG for Payment of Award, etc. (Premises Located at the Northerly Side of Avenue S between East 2nd and East 3rd Streets, Borough of Brooklyn, etc.). Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Northerly Side of School Avenue between Maple Street and Three-Mile Road, Jamaica South, Borough of Queens, the City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of WILLIAM J. KENNEDY, Individually and as Executor and Trustee, etc., of JOHN E. KENNEDY, Deceased. SUSAN V. TUOHY, Individually and as Administratrix, etc., and Others, Appellants; WILLIAM J. KENNEDY, Individually and as Executor, etc., and Others, Respondents.— Motion for resettlement of order granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of ABRAHAM WEINSTOCK, Respondent, for an Order Designating and Appointing an Arbitrator, etc. G. E. B. HOLDING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Motion for stay denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

FLORENCE H. LOMBARDO, Respondent, v. FRANCIS V. LOMBARDO, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ESTELLE LUBETKIN and MILTON LUBETKIN, as Executors, etc., of PHILIP LUBETKIN, Deceased, Respondents, v. D. S. STERN & Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and Another, Respondents. — Motion to further stay receiver granted upon condition that appellant bring on the appeal for argument at the May, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK STRUCKMAN, Appellant, v. GEORGE V. MCLAUGHLIN, as Police Commissioner, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.